1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| RICARDO BRISENO, | ) Case No.: 1:11-at-00758 |
| | ) |
| | ) **ORDER GRANTING APPLICATION TO** |
| Plaintiff, | ) **PROCEED IN FORMA PAUPERIS** |
| | ) |
| v. | ) |
| | ) (Doc. 3) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| | ) |
| Defendant. | ) |
| | ) |
| _____ | ) |

Plaintiff Ricardo Briseno filed a complaint on December 1, 2011, along with an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  Plaintiff's application demonstrates entitlement to proceed without prepayment of fees.

Accordingly, IT IS HEREBY ORDERED that:

1.     Plaintiff's application to proceed *in forma pauperis* is GRANTED;

2.     The Clerk of Court is DIRECTED to issue a summons; and

3.     The United States marshal is DIRECTED to serve a copy of the complaint, summons, and this order upon the defendant as directed by the plaintiff.

IT IS SO ORDERED.

**Dated:    December 2, 2011**          _____/s/ Sheila K. Oberto_____
                                                          UNITED STATES MAGISTRATE JUDGE