# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO BRISENO,<br><br>   Plaintiff,<br><br> v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>   Defendant. | Case No.: 1:11-at-00758<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS**<br><br>(Doc. 3) |

  Plaintiff Ricardo Briseno filed a complaint on December 1, 2011, along with an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Plaintiff's application demonstrates entitlement to proceed without prepayment of fees.

  Accordingly, IT IS HEREBY ORDERED that:

  1. Plaintiff's application to proceed *in forma pauperis* is GRANTED;

  2. The Clerk of Court is DIRECTED to issue a summons; and

  3. The United States marshal is DIRECTED to serve a copy of the complaint, summons, and this order upon the defendant as directed by the plaintiff.

IT IS SO ORDERED.

**Dated: December 2, 2011**        /s/ Sheila K. Oberto
                  UNITED STATES MAGISTRATE JUDGE