BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT, ISBN 6191786
Regional Chief Counsel, Region IX,
Social Security Administration
DONNA W. ANDERSON, SBN PA 46355
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: (415) 977-8930
    Facsimile: (415) 744-0134

    E-mail: Donna.W.Anderson@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | | |
|---|---|---|
| RICARDO BRISENO, | ) | Case No. 1:11-cv-01988-AWI-DLB |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| v. | ) | TO EXTEND TIME |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

    The parties, through their respective counsel, stipulate that the time for responding to Plaintiff's Opening Brief be extended by 14 days from August 6, 2012 to August 20, 2012.

    This is Defendant's first request for an extension of time to respond to Plaintiff's Opening Brief. Defendant needs the additional time to further review the

1

file and prepare a response in this matter inasmuch as a new Special Assistant United States Attorney has taken over the case.

|  |  |
|---|---|
| Dated: August 6, 2012 | Respectfully submitted,<br>*/s/ Sengthiene Bosavanh*<br>SENGTHIENE BOSAVANH<br>(As authorized via telephone)<br>Attorney for Plaintiff |
| Dated: August 6, 2012 | BENJAMIN B. WAGNER<br>United States Attorney<br>DONNA L. CALVERT<br>Acting Regional Chief Counsel, Region IX<br>Social Security Administration |
|  | By:  */s/ Donna W. Anderson*<br>DONNA W. ANDERSON<br>Special Assistant United States Attorney<br>Attorneys for Defendant |

IT IS SO ORDERED.

Dated:   **August 9, 2012**           /s/ Dennis L. Beck
                                        UNITED STATES MAGISTRATE JUDGE

2