Sengthiene Bosavanh, Esq. #24980
Milam Law, Inc.
330 N. Fulton Street
Fresno, CA 93701
(559) 264-2800
Fax: 559-264-2822

Attorney for Plaintiff, Ricardo Briseno

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| **RICARDO BRISENO**,      ) | Civil Action No. 1:11-cv-01988-AWI-SAB |
|     Plaintiff,    ) | |
|            ) | **STIPULATION AND PROPOSED** |
| vs.             ) | **ORDER SETTLING ATTORNEY'S** |
|            ) | **FEES PURSUANT TO THE EQUAL** |
| **CAROLYN W. CALVERT**,   ) | **ACCESS TO JUSTICE ACT, 28 U.S.C.** |
| COMMISSIONER OF SOCIAL  ) | **§ 2412(d)** |
| SECURITY,       ) | |
|            ) | |
|     Defendant.   ) | |
| _____) | |

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel

that, subject to the approval of the Court, Plaintiff be awarded attorney fees and expenses ($5,500.00

for attorneys fees and $55.70 expenses) under the Equal Access to Justice Act (EAJA), 28 U.S.C. §

2412(d), in the amount of Five Thousand, Five Hundred Fifty-Five Dollars and Seventy Cents

($5,555.70). This amount represents compensation for all legal services rendered on behalf of Plaintiff

by counsel in connection with this civil action, in accordance with 28 U.S.C. § 2412(d).

1

After the Court issues an Order for EAJA Fees and expenses to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees and expenses to Plaintiff's attorney. Pursuant to Astrue v. Ratliff, 130 S.Ct. 2521, 2010 WL 2346547 (U.S. June 14, 2010), the ability to honor the assignment will depend on whether the fees and expenses are subject to any offset allowed under the United States Department of Treasury's Offset Program.  After Order for EAJA fees and expenses is entered, the government will determine whether they are subject to any offset.

Fees and expenses shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of the fees and expenses to be made directly to attorney Sengthiene Bosavanh, pursuant to the assignment executed by Plaintiff.  Any payments shall be delivered to Plaintiff's counsel.

This stipulation constitutes a compromise settlement of Plaintiffs request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff, and/or Plaintiff's counsel may have relating to EAJA attorney fees and expenses in connection with this action.

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the provisions of the EAJA.

Respectfully submitted,

Dated: June 12, 2013          */s/ Sengthiene Bosavanh*
                             (As authorized via email)
                             SENGTHIENE BOSAVANH
                             Attorney for Plaintiff

Date: June 12, 2013          BENJAMIN B. WAGNER
                             United States Attorney

                             */s/ Donna W Anderso*
                             Donna W. Anderson, Esq.
                             Special Assistant U.S. Attorney

                             Attorneys for Defendant

2

1

**ORDER**

2   PURSUANT TO STIPULATION, IT IS SO ORDERED that Plaintiff shall be awarded attorney fees

3   in the amount of FIVE THOUSAND DOLLARS, FIVE HUNDRED FIFTY-FIVE DOLLARS AND

4

5   SEVENTY CENTS ($5555.70), as authorized by 28 U.S.C. § 2412(d), subject to the terms of the

6   above-referenced Stipulation.

7   **APPROVED AND SO ORDERED:**

8

9   IT IS SO ORDERED.

10

Dated:    June 18, 2013

11                                                      _____
                                                        SENIOR  DISTRICT  JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3